UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATE of AMERICAN,

    Plaintiff,

-vs-                                                  Case No. 6:00cr-180-Orl-19JGG

GEORGE FRANCIS KRUG,

    Defendant.
_____/

## ORDER OF DISQUALIFICATION AND TRANSFER

This cause came on for consideration on the Court's own motion for disqualification pursuant to 28 U.S.C. § 455(a) and (b)(4), and the Code of Conduct for United States Judges, Canon 3 C.(1)(c) (financial interest in the subject matter in controversy or in a party to the proceeding) (stock in CitiGroup a parent corporation of Washington Mutual), and the motion is **GRANTED**. The Clerk is directed to reassign this case to another United States Magistrate Judge, and to notify the parties of the new case number.

**DONE AND ORDERED** this 18th day of May, 2005.

                                                        James G. Glazebrook
                                                        United States Magistrate Judge

The Court Requests that the Clerk
of Court Mail or Deliver Copies of
this Order to All Counsel of Record
and Pro Se Litigants