UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 CASE NO. 6:00-CR-180-ORL-19JGG

GEORGE FRANCIS KRUG
(a/k/a MIKAL ELIJAH-MOHAMMAD),

    Defendant.
_____

## ORDER TO SHOW CAUSE AT FINAL REVOCATION HEARING

This matter came before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 83, filed May 31, 2005) that the District Court issue an Order to Show Cause why Defendant George Francis Krug's (a/k/a Mikal Elijah-Mohammad) Probation should not be revoked. In particular, Defendant George Francis Krug (a/k/a Mikal Elijah-Mohammad) is charged with violating the conditions of his probation by violating Supervised Release Standard Condition 5 and Supervised Release Standard Condition 6.

Therefore, Defendant is **ORDERED** to show cause before this Court at a revocation of probation hearing to be held on **Tuesday, June 21, 2005 at 8:30 a.m.**, in Courtroom I, Sixth Floor, George C. Young United States Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida why his Probation should not be revoked. Pursuant to Federal Rule of Criminal Procedure 32.1(a)(2), the Probationer, Defendant George Francis Krug (a/k/a Mikal Elijah-Mohammad), is advised that he is entitled to (a) written notice of the alleged violation of probation; (b) disclosure of the evidence against him; (c) an opportunity to appear and present evidence in the Probationer's own behalf at this hearing; (d) the opportunity to question adverse witnesses at this hearing; and (e) notice of his right to be represented by counsel at this hearing.

In the event the Court determines that Defendant's probation should be revoked, Defendant shall be prepared to be sentenced at this hearing and to present matters in mitigation of his sentence, if any.

**The United States Marshal shall serve a copy of this Order on Defendant George Francis Krug (a/k/a Mikal Elijah-Mohammad) and file a return of service prior to the date of the hearing. DEFENDANT IS REQUIRED TO BE PRESENT AT THIS HEARING. Should the United States Marshal determine that a writ is necessary to obtain Defendant's presence at this hearing, the United States Marshal shall take immediate and all reasonable steps to obtain such writ.**

**DONE AND ORDERED** at Orlando, Florida, this __7th__ day of June, 2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record
United States Marshal
United States Probation Officer
United States Pretrial Services
Defendant